UNITED STATES of America,
Plaintiff—Appellee,

v.

Lorenza S. HILL, a/k/a Squeezy,
Defendant—Appellant.

No. 08-8181.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 23, 2009.

Decided: May 1, 2009.

Lorenza S. Hill, Appellant pro se. Olivia N. Hawkins, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before MICHAEL, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lorenza S. Hill appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Hill,* No. 3:05-cr-00302-REP-1 (E.D.Va. Sept. 19, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*